```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: __10/19/2020__
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------x
   **FRANKIE MONEGRO,** *on behalf of himself*   :
   *and all others similarly situated*,   :
                                              **Plaintiff,**   :    **1:20-cv-6413 (ALC)**
                                                   :
              -against-   :    **ORDER OF DISCONTINUANCE**
                                    :
   **PETER THOMAS ROTH LABS LLC,**   :
                                                **Defendant.**   :
-------------------------------------------------------------x

**ANDREW L. CARTER, JR.,** United States District Judge:

      It having been reported to the Court that this case has been or will be settled, it is hereby

**ORDERED** that the above-captioned action is discontinued without costs and without prejudice to restoring the action to this Court's calendar if the application to restore the action is made within sixty (60) days.

**SO ORDERED.**

**Dated:**     **October 19, 2020**
            **New York, New York**

                                                                           _____
                                                                  **HON. ANDREW L. CARTER, JR.**
                                                                       United States District Judge